IDA M. GARRIS et al., Appellants, v K-MART, INC., Respondent. (Appeal No. 1.) [827 NYS2d 903]—Appeal from an order of

the Supreme Court, Erie County (James B. Kane, J.H.O.), entered March 14, 2001. The order denied plaintiffs' motion to set aside the verdict and for a directed verdict on liability and a new trial on damages only or, alternatively, a new trial on liability and damages.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Gorski, J.P., Fahey, Peradotto, Green and Pine, JJ.